IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00872-AP

JAMES L. SILBER,

      Plaintiff,

v.

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY

      Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff:</u>
Ann J. Atkinson
Attorney at Law
7960 S. Ireland Way
Aurora, CO  80016-1904
(303) 680-1881
(303) 680-7891 (facsimile)

<u>For Defendant:</u>
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
*1961 Stout Street, Suite 1001A*
*Denver, Colorado  80294*

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

2.    **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.    **DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:**  May 9, 2006

    B.    **Date Complaint Was Served on U.S. Attorney's Office:**  May 11, 2006

    C.    **Date Answer and Administrative Record Were Filed**:  July 10, 2006

4.    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete.

5.    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

6.    **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

7.    **OTHER MATTERS**

None.

8.    **PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**       August 31, 2006

    B.    **Defendant's  Response Brief Due:**  October 2, 2006

    C.    **Plaintiff's  Reply Brief (If Any) Due:**  October 17, 2006

9.      **STATEMENTS REGARDING ORAL ARGUMENT**

   A.      **Plaintiff's Statement:**  Plaintiff does not request oral argument.

   B.      **Defendant's Statement:**  Defendant does not request oral argument.

10.     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.      **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.      **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11.  **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12.  **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 24th day of July, 2006

                              BY THE COURT:


                               S/John L. Kane
                              U.S. DISTRICT COURT JUDGE

APPROVED:

s/  Ann J. Atkinson
Ann J. Atkinson
Attorney at Law
7960 S. Ireland Way
Aurora, CO  80016-1904
(303) 680-1881
AtkinsonAJ@aol.com

Attorney for Plaintiff

WILLIAM J. LEONE
UNITED STATES ATTORNEY

s/Kurt J. Bohn
KURT J. BOHN

Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)