UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 06-cv-00872-AP

JAMES L. SILBER,

                                      Plaintiff,

v.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

                                      Defendant.

---

**ORDER FOR ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. 2412(d)**

---

The Court has reviewed the Motion for Order to Approve Stipulation of Award of Attorney's Fees under the Equal Access to Justice Act (doc. #15), filed November 8, 2006, and the file, and has been fully advised.  Accordingly, it is

ORDERED that the Motion is GRANTED.  Defendant shall pay to Ann J. Atkinson, attorney for the Plaintiff, the sum of $3,420.69 as attorney's fees under the Equal Access to Justice Act.

DATED this 8th day of November, 2006.

                                        BY THE COURT:

                                        s/John L. Kane
                                        John L. Kane, Judge
                                        U.S. District Court